IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 23-1476 WJ |
| ) | |
| **JOEY CHAVEZ,** ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' UNOPPOSED MOTION TO FILE UNDER SEAL RESPONSE IN OPPOSITION TO THE DEFENDANT'S MOTION TO SUPPRESS STATEMENTS FILED ON MARCH 25, 2024 (DOC. 21)

The United States requests leave of the Court to file under seal a response in opposition to the defendant's motion to suppress statements filed on March 25, 2024 (Doc. 21). The United States seeks to file its response under seal because the defendant's motion was also filed under seal. This request is made pursuant to CM/ECF Adm. Proc. Manual, ¶ 9(h)(1) & (2) (leave of Court required to file documents under seal except under Fed.R.Civ.P. 5.2(F), Fed.R.Crim.P. 49.1 or statute). The filing of this motion in CM/ECF caused a copy to be served electronically on Diego R. Esquibel, Esq., counsel for the defendant, who does not oppose it.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Samuel A. Hurtado*

SAMUEL A. HURTADO
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274